# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LOU COLASANTI**, | Case No. 3:19-cv-00443-YY |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CITY OF PORTLAND** and **STATE OF OREGON**, | |
| Defendants. | |

Based on the Court's Order, ECF 67, adopting Judge You's Findings and Recommendation, ECF 65, **IT IS ADJUDGED** that Defendant City of Portland's motion to dismiss, ECF 48, is DENIED and Defendant State of Oregon's motion to dismiss, ECF 46, is DENIED as to the ADA interference claim, 42 U.S.C. § 12203(b), and GRANTED as to the remaining claims.

DATED this 20th day of September, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge