UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LOU COLASANTI,

        Plaintiff,

    v.

CITY OF PORTLAND and STATE OF OREGON,

        Defendants.

Case No. 3:19-cv-00443-YY

JUDGMENT

Based on the jury's verdict and the court's opinions and orders in this case, judgment is entered on behalf of defendants and this case is dismissed with prejudice.

DATED August 19, 2025.

                                                /s/ Youlee Yim You
                                              Youlee Yim You
                                              United States Magistrate Judge

JUDGMENT